# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah McKay, | No. CV-16-415-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Red Devil Italian Rest. & Pizzeria, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to File Plaintiff's Motion for Approval of Settlement Under Seal or for *In Camera* Review. (Doc. 22.)

Although generally, the sealing of settlement documents is not favored, the Court finds that the specific facts shown by the parties' in their Stipulated Motion meets the standard for filing under seal as those facts outweigh the general history of access and the public policy favoring disclosure. See Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006). The Stipulated Motion provides compelling reasons for filing under seal the parties' motion for approval of the settlement agreement and the negotiated confidential settlement agreement. Thus, the Court grants the parties' request for filing these documents under seal. The Court notes, however, that if the factors favoring filing the motion for approval and the negotiated confidential settlement agreement under seal are not persuasive, the Court will unseal the documents.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion to File

Plaintiff's Motion for Approval of Settlement Under Seal or for *In Camera* Review. (Doc. 22.) Plaintiff may file her Motion for Approval of Settlement and her Negotiated Confidential Settlement Agreement under seal by **Friday, May 19, 2017**.

**IT IS FURTHER ORDERED** that the Court will review Plaintiff's Motion for Approval of Settlement and her Negotiated Confidential Settlement Agreement *in camera* to determine whether it is a fair and reasonable compromise of the issues.

DATED this 4th day of May, 2017.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge