# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah McKay, | No. CV-16-415-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Red Devil Italian Rest. & Pizzeria, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 29.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 14th day of November, 2017.

Stephen M. McNamee
Senior United States District Judge